RECEIVED
IN MONROE, LA.

JUN 2 1 2012
AC
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

ROGER WICKSELL                                 CIVIL ACTION NO. 3:12-cv-0389
        LA. DOC #317782


VERSUS                                          SECTION P

                                                JUDGE ROBERT G. JAMES

RICHARD DeVILLE,
ET AL.                                          MAGISTRATE JUDGE KAREN L. HAYES

                            <u>JUDGMENT</u>

    For the reasons stated in the Report and Recommendation of the Magistrate Judge previously

filed herein, and after an independent review of the record, determining that the findings are correct

under the applicable law, and considering the objections to the Report and Recommendation in the

record;

    **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint

be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief

may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

    **MONROE, LOUISIANA,** this ___12___ day of ___June___, 2012.


                            _____
                            ROBERT G. JAMES
                            UNITED STATES DISTRICT JUDGE