RECEIVED
IN MONROE, LA.

JUN 12 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROGER WICKSELL<br>LA. DOC #317782 | CIVIL ACTION NO. 3:12-cv-0389 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| RICHARD DeVILLE,<br>ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA,** this 12 day of June, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE